Adams et al., Appellants, *v.* Hare et al.

Argued January 16, 1934. Before FRAZER, C. J., SIMP-SON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

*John J. McDevitt, Jr.,* for appellants.

*Gerald F. Flood,* for appellees.

*Francis B. Bracken,* with him *Frederick H. Knight,* for appellee.

*Frank Rogers Donahue,* for appellee.

PER CURIAM, January 30, 1934:
The judgment is affirmed on the opinion of the learned judge in the court below.